UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONALD CONTENT,

                    Plaintiff,

-against-

POLICE OFFICER SHANE M. CURRAN and
POLICE OFFICER JONATHAN FISHER,
                    Defendants.
------------------------------------------------------------X

20 CIVIL 5444 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: New York, New York
            March 6, 2023

RUBY J. KRAJICK
_____
Clerk of Court

BY: K. Mango
_____
Deputy Clerk

So Ordered:
_____
U.S.D.J.